**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ELAINE WANG,<br><br>Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL INFRASTRUCTURE, INC., WILLIAM H. BERKMAN, MICHAEL D. FASCITELLI, NOAM GOTTESMAN, WILLIAM D. RAHM, PAUL A. GOULD, ANTOINETTE COOK BUSH, THOMAS C. KING, NICK S. ADVANI, and ASHLEY LEEDS,<br><br>Defendants. | : | Civil Action No. 1:23-cv-03068-ALC |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elaine Wang hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: New York, New York
June 22, 2023

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: /s/ Benjamin Y. Kaufman

Benjamin Y. Kaufman
270 Madison Avenue
New York, New York 10016
kaufman@whafh.com
Tel: (212) 545-4600

*Attorneys for Plaintiff Elaine Wang*

814523